UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 17-3752, 18-1253, 19-1129, 19-1189
_____

COMMONWEALTH OF PENNSYLVANIA; STATE OF NEW JERSEY

v.

PRESIDENT UNITED STATES OF AMERICA; SECRETARY UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES; SECRETARY UNITED
STATES DEPARTMENT OF TREASURY; UNITED STATES DEPARTMENT OF
TREASURY; SECRETARY UNITED STATES DEPARTMENT OF LABOR; UNITED
STATES DEPARTMENT OF LABOR; UNITED STATES OF AMERICA

> Little Sisters of the Poor Saints Peter and Paul Home
> (Intervenor in D.C.),
> Appellant in 17-3752, 19-1129
>
> President United States of America, Secretary United
> States of Department of Health and Human Services,
> United States Department of Health and Human
> Services, Secretary United States Department of
> Treasury, United States Department of Treasury,
> Secretary United States Department of Labor, United
> States Department of Labor,
> Appellants in 18-1253,
> 19-1189 (Except President United States of America)
> _____

ORDER AMENDING OPINION
_____

At the direction of the Court, the opinion filed on July 12, 2019 is amended as
follows:

Page 44, first full paragraph, second to last line, the last word: omit "the" so it reads "as
provided for in comprehensive guidelines."; and,

Page 51, first full paragraph, the opinion includes the following sentence and quotation: "No tradition, and no prior decision under RFRA, allows a religion-based exemption when the [A]ccommodation would be harmful to others—here, the very persons the contraceptive coverage requirement was designed to protect." Hobby Lobby, 573 U.S. at 764 (Ginsburg, J., concurring) replace concurring with dissenting so that the citation reads Hobby Lobby, 573 U.S. at 764 (Ginsburg, J., dissenting).

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: July 18, 2019

cc: All Counsel of Record